JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL CORPORATION,<br><br>        Plaintiff,<br><br>     v.<br><br>MERCURY CONSULTING CORPORATION, an Illinois corporation,<br><br>        Defendant. | Case No. 8:25-cv-02433-FWS-DFM<br><br>Assigned to the Hon. Fred W. Slaughter<br><br>**JUDGMENT** |

///

///

///

**JUDGMENT**

On February 3, 2026, the court granted Plaintiff Ameris Bank, doing business as Balboa Capital Corporation's ("Balboa") Motion for Default Judgment against Defendant Mercury Consulting Corporation.  Accordingly, having considered all the pleadings and papers filed in this case, the evidence on record and argument of counsel, and the applicable law, and for the good cause appearing therein, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

Judgment is entered in this matter in favor of Balboa and against Defendant in the total amount of **$122,466.46**, which represents the sum of $111,203.87 in compensatory damages, $4,934.52 in prejudgment interest, $5,824.07 in attorney fees, and $504.00 in costs.

The Clerk is ordered to enter this Judgment forthwith.

**IT IS SO ORDERED**.

Dated:  February 3, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

2